IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: HAWAII STATE ASBESTOS CASES | ) ) ) | CIVIL NO. 11-00449 LEK-BMK |
| This Document Applies To: | ) ) | |
| MINORU ARAKAKI and KATHLEEN M. ARAKAKI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CRANE COMPANY, etc., et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANTS IMO INDUSTRIES INC.'S
AND WARREN PUMPS, LLC'S MOTIONS TO STAY AND
<u>DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S JOINDER</u>**

Before the Court are: Plaintiffs Minoru Arakaki and Kathleen M. Arakaki ("Plaintiffs") Motion to Remand, filed July 22, 2011 (dkt. no. 19); Defendant IMO Industries Inc.'s ("IMO") Motion to Stay All Proceedings Pending Decision on Transfer by the Judicial Panel on Multidistrict Litigation ("IMO Motion to Stay"), filed August 4, 2011 (dkt. no. 47); Defendant Warren Pumps, LLC's ("Warren Pumps") motion with the same title ("Warren Pumps Motion to Stay"), also filed August 4, 2011 (dkt. no. 48); and Defendant Air & Liquid Systems Corporation, successor-by-merger to Buffalo Pumps, Inc. ("Buffalo") substantive joinder in the Warren Pumps Motion to Stay ("Buffalo Joinder"), filed August 11, 2011 (dkt. no. 60).

On August 8, 2011, Buffalo, Defendant Crane Company ("Crane"), Warren Pumps, and IMO each filed a memorandum in opposition to the Motion to Remand (dkt. nos. 52, 53, 57, 58). On August 11, 2011, Buffalo filed a joinder in Crane's, Warren Pump's, and IMO's memoranda in opposition (dkt. no. 61). On August 15, 2011, Plaintiffs filed a reply to each memorandum in opposition filed by Buffalo, Crane, IMO, and Warren Pumps (dkt. nos. 66-69). Plaintiffs filed a joint memorandum in opposition to both the IMO Motion to Stay and the Warren Pumps Motion to Stay on August 8, 2011 (dkt. no. 54). On August 15, 2011, IMO and Warren Pumps each filed a reply in support of its motion (dkt. nos. 64, 65).[1]

These matters came on for hearing on August 29, 2011. Appearing on behalf of Plaintiffs were Gary Galiher, Esq., L. Richard DeRobertis, Esq., Diane Ono, Esq., Ilana Waxman, Esq., Todd Eddins, Esq., Michael Ragsdale, Esq., Scott Saiki, Esq., and Clarisse Kobashigawa, Esq. Appearing on behalf of IMO and Warren Pumps were Ewing Martin, III, Esq., and Bradford Chun, Esq.[2] Appearing on behalf of Crane were Lee Nakamura, Esq., and Joseph Kotowski, III, Esq. Appearing on behalf of Buffalo were

---

[1] On August 15, 2011, Defendant Ingersoll Rand Co. ("Ingersoll") filed a statement of no opposition to the IMO Motion to Stay and the Warren Pumps Motion to Stay (dkt. no. 63).

[2] Mr. Martin and Mr. Chun also appeared on behalf of Defendant Aurora Pump Company.

2

Steven Hisaka, Esq., and James Scadden, Esq. Appearing on behalf of Ingersoll were John Lacy, Esq., and Corlis Chang, Esq. Appearing on behalf of Goulds was Christopher Goodwin, Esq.[3] After careful consideration of the motions, supporting and opposing memoranda, and the arguments of counsel, the IMO Motion to Stay, the Warren Pumps Motion to Stay, and Buffalo's Joinder are HEREBY GRANTED for the reasons set forth in this Court's Order Granting Defendant's Motion to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation, filed in <u>In re: Hawaii State Asbestos Cases (Nelson v. Crane Co., et al.</u>), CV 11-00400 LEK-KSC, on September 26, 2011 (dkt. no. 95). The instant case, including Plaintiffs' Motion for Remand, is HEREBY STAYED until **November 8, 2011**.

    IT IS SO ORDERED.

---

[3] Counsel for the following parties, which did not respond to either motion, also appeared at the hearing: Gail Kang, Esq., for Defendants Bayer Cropscience, Inc., successor in interest to Rhone-Poulenc AG Company, formerly known as Amchem Products Inc., formerly known as Benjamin Foster Products Company, and Union Carbide Corporation; Craig Kugisaki, Esq., for Defendant Metropolitan Life Insurance Company; Michael O'Connor, Esq., for Defendant the William Powell Company; and Aimee Oyasato, Esq., for Defendants John Crane, Incorporated, Cleaver-Brooks, Inc., and the Lynch Co., Inc.

DATED AT HONOLULU, HAWAII, September 26, 2011.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**IN RE: HAWAII STATE ASBESTOS CASES; MINORU ARAKAKI, ET AL. V. CRANE COMPANY, ETC., ET AL**; CIVIL NO. 11-00449 LEK-BMK; ORDER GRANTING DEFENDANTS IMO INDUSTRIES INC.'S AND WARREN PUMPS, LLC'S MOTIONS TO STAY AND DEFENDANT AIR & LIQUID SYSTEMS CORPORATION'S JOINDER