IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: HAWAII STATE ASBESTOS CASES )<br>)<br>This Document Applies To: )<br>)<br>MINORU ARAKAKI and )<br>KATHLEEN M. ARAKAKI, )<br>)<br>      Plaintiffs, )<br>)<br>  vs. )<br>)<br>CRANE COMPANY, etc., et al., )<br>)<br>      Defendants. )<br>_____ ) | CIVIL NO. 11-00449 LEK-BMK |

## **ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION**

Before the Court is Plaintiffs Roger E. Nelson and Rosalie J. Nelson's ("Plaintiffs") Motion for Reconsideration ("Motion"), filed on September 27, 2011. On September 30, 2011, this Court issued an EO which, *inter alia*, found the Motion suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules"). The Court also stated that it would rule on the Motion without any further briefing from the parties. After careful consideration of the Motion and the relevant legal authority, Plaintiffs' Motion is HEREBY DENIED for the reasons set forth in this Court's Order Denying Plaintiffs' Motion for Reconsideration, filed in In re: Hawaii State Asbestos Cases (Nelson v. Crane Co., et al.), CV

11-00400 LEK-KSC on October 6, 2011.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 6, 2011.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**IN RE: HAWAII STATE ASBESTOS CASES; MINORU ARAKAKI, ET AL. V. CRANE CO., ET AL**; CIVIL NO. 11-00449 LEK-BMK; ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION